# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00014-CR

In re Lester Guyton

### Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

### MEMORANDUM OPINION

The petition for writ of mandamus filed by Relator, Lester Guyton, on January 12, 2026, is DENIED.

STEVE SMITH
Justice

OPINION DELIVERED and FILED: January 15, 2026

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Petition denied
Do not publish
OT06

